# ALABAMA SJIS CASE DETAIL

**PREPARED FOR: STAN GRAHAM**

alacourt.com

County: 01  Case Number: CV-2022-902766.00  Court Action:

Style: SYLVESTER HATCHER V. DOLLAR GENERAL

Real Time

## Case

### Case Information
| | | |
|---|---|---|
| County: 01-JEFFERSON - BIRMINGHAM | Case Number: CV-2022-902766.00 | Judge: DEB:DONALD E. BLANKENSHIP |
| Style: SYLVESTER HATCHER V. DOLLAR GENERAL | | |
| Filed: 09/15/2022 | Case Status: ACTIVE | Case Type: NEGLIGENCE-GENERAL |
| Trial Type: JURY | Track: | Appellate Case: 0 |
| No of Plaintiffs: 1 | No of Defendants: 1 | |

### Damages
| | | |
|---|---|---|
| Damage Amt: 0.00 | Punitive Damages: 0.00 | General Damages: 0.00 |
| No Damages: | Compensatory Damages: 0.00 | |
| Pay To: | Payment Frequency: | Cost Paid By: |

### Court Action
| | | |
|---|---|---|
| Court Action Code: | Court Action Desc: | Court Action Date: |
| Num of Trial days: 0 | Num of Liens: 0 | Judgment For: |
| Dispositon Date of Appeal: | Disposition Judge: : | Disposition Type: |
| Revised Judgement Date: | Minstral: | Appeal Date: |
| Date Trial Began but No Verdict (TBNV1): | | |
| Date Trial Began but No Verdict (TBNV2): | | |

### Comments
Comment 1:
Comment 2:

### Appeal Information
| | | |
|---|---|---|
| Appeal Date: | Appeal Case Number: | Appeal Court: |
| Appeal Status: | Orgin Of Appeal: | |
| Appeal To: | Appeal To Desc: | LowerCourt Appeal Date: |
| Disposition Date Of Appeal: | Disposition Type Of Appeal: | |

### Administrative Information
| | | |
|---|---|---|
| Transfer to Admin Doc Date: | Transfer Reason: | Transfer Desc: |
| Number of Subponeas: | Last Update: 09/15/2022 | Updated By: DES |

## Parties
### Party 1 - Plaintiff INDIVIDUAL - HATCHER SYLVESTER

#### Party Information
| | | |
|---|---|---|
| Party: C001-Plaintiff | Name: HATCHER SYLVESTER | Type: I-INDIVIDUAL |
| Index: D DOLLAR GENER | Alt Name: | Hardship: Yes   JID: DEB |
| Address 1: 3437 JEFFERSON AVE SW | | Phone: (205) 276-1439 |

EXHIBIT B



| Address 2: | | | | | | |
|---|---|---|---|---|---|---|
| City: | BIRMINGHAM | State: | AL | Zip: | 35221-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| Court Action: | | Court Action Date: |
|---|---|---|
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| Issued: | Issued Type: | Reissue: | Reissue Type: |
|---|---|---|---|
| Return: | Return Type: | Return: | Return Type: |
| Served: | Service Type | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Party 2 - Defendant BUSINESS - DOLLAR GENERAL

### Party Information

| Party: | D001-Defendant | Name: | DOLLAR GENERAL | | Type: | B-BUSINESS |
|---|---|---|---|---|---|---|
| Index: | C HATCHER SYLV | Alt Name: | | Hardship: No | JID: | DEB |
| Address 1: | 100 MISSION RIDGE | | | Phone: (205) 000-0000 | | |
| Address 2: | | | | | | |
| City: | GOODLETTSVILLE | State: | TN | Zip: | 37072-0000 | Country: US |
| SSN: | XXX-XX-X999 | DOB: | | Sex: | | Race: |

### Court Action

| Court Action: | | Court Action Date: |
|---|---|---|
| Amount of Judgement: $0.00 | Court Action For: | Exemptions: |
| Cost Against Party: $0.00 | Other Cost: $0.00 | Date Satisfied: |
| Comment: | | Arrest Date: |
| Warrant Action Date: | Warrant Action Status: | Status Description: |

### Service Information

| Issued: 09/16/2022 | Issued Type: C-CERTIFIED MAIL | Reissue: | Reissue Type: |
|---|---|---|---|
| Return: | Return Type: | Return: | Return Type: |
| Served: 09/19/2022 | Service Type C-CERTIFIED MAIL | Service On: | Served By: |
| Answer: | Answer Type: | Notice of No Service: | Notice of No Answer: |

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## Financial

### Fee Sheet

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC | C001 | 000 | $8.06 | $8.06 | $0.00 | $0.00 | 0 |
| | | | | Total: | $8.06 | $8.06 | $0.00 | $0.00 | |

### Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/15/2022 | RECEIPT | AOCC | 2022248 | 253306000 | $8.06 | C001 | 000 | | N | | | DES |

### Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 9/15/2022 | 10:37 AM | ECOMP | COMPLAINT E-FILED. | 000000 |
| 9/15/2022 | 10:51 AM | FILE | FILED THIS DATE: 09/15/2022    (AV01) | DES |
| 9/15/2022 | 10:51 AM | EORD | E-ORDER FLAG SET TO "Y"    (AV01) | DES |
| 9/15/2022 | 10:51 AM | ASSJ | ASSIGNED TO JUDGE: DONALD E. BLANKENSHIP    (AV01) | DES |
| 9/15/2022 | 10:51 AM | SCAN | CASE SCANNED STATUS SET TO: N    (AV01) | DES |
| 9/15/2022 | 10:51 AM | TDMJ | JURY TRIAL REQUESTED    (AV01) | DES |
| 9/15/2022 | 10:51 AM | STAT | CASE ASSIGNED STATUS OF: ACTIVE    (AV01) | DES |
| 9/15/2022 | 10:51 AM | ORIG | ORIGIN: INITIAL FILING    (AV01) | DES |
| 9/15/2022 | 10:51 AM | C001 | C001 PARTY ADDED: HATCHER SYLVESTER    (AV02) | DES |
| 9/15/2022 | 10:51 AM | C001 | INDIGENT FLAG SET TO: N    (AV02) | DES |
| 9/15/2022 | 10:51 AM | C001 | LISTED AS ATTORNEY FOR C001: PRO SE    (AV02) | DES |
| 9/15/2022 | 10:51 AM | C001 | C001 E-ORDER FLAG SET TO "Y"    (AV02) | DES |
| 9/15/2022 | 10:51 AM | D001 | D001 PARTY ADDED: DOLLAR GENERAL    (AV02) | DES |
| 9/15/2022 | 10:51 AM | D001 | INDIGENT FLAG SET TO: N    (AV02) | DES |
| 9/15/2022 | 10:51 AM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE    (AV02) | DES |
| 9/15/2022 | 10:51 AM | D001 | D001 E-ORDER FLAG SET TO "Y"    (AV02) | DES |
| 9/16/2022 | 9:53 AM | JEORDE | ORDER E-FILED - AFFIDAVIT OF SUBSTANTIAL HARDSHIP GRANTED - RENDERED & ENTERED: 9/16/2022 9:53:15 AM | AJA |
| 9/16/2022 | 9:53 AM | C001 | INDIGENT FLAG SET TO: Y    (AV02) | AJA |
| 9/16/2022 | 9:53 AM | D001 | CERTIFIED MAI ISSUED: 09/16/2022 TO D001    (AV02) | AJA |
| 9/16/2022 | 11:12 AM | ESCAN | SCAN - FILED 9/16/2022 - NOTICE | KAD |
| 9/26/2022 | 9:08 AM | D001 | SERVICE OF CERTIFIED MAI ON 09/19/2022 FOR D001 | KAD |
| 9/26/2022 | 9:08 AM | ESERC | SERVICE RETURN | KAD |
| 9/26/2022 | 9:08 AM | ---- | SCANNED - SERVICE RETURN - TRANSMITTAL - E-NOTICE TRANSMITTALS | |

### Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 9/15/2022 10:50:29 AM | 1 | AFFIDAVIT OF SUBSTANTIAL HARDSHIP | AFFIDAVIT OF SUBSTANTIAL | 3 |
| 9/15/2022 10:50:29 AM | 2 | COMPLAINT | | 4 |
| 9/16/2022 9:53:16 AM | 3 | ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP | ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP | 1 |
| 9/16/2022 9:53:21 AM | 4 | ORDER - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 9/16/2022 9:53:33 AM | 5 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |
| 9/16/2022 9:53:34 AM | 6 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 9/16/2022 11:12:52 AM | 7 | NOTICE | TO CLERK | 2 |
| 9/26/2022 9:08:46 AM | 8 | SERVICE RETURN | SERVICE RETURN | 2 |
| 9/26/2022 9:08:50 AM | 9 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 1 |

**END OF THE REPORT**

ELECTRONICALLY FILED
9/15/2022 10:37 AM
01-CV-2022-902766.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
SEP 15 2022
JACQUELINE ANDERSON SMITH
CLERK

State of Alabama
Unified Judicial System
Form C-10-CIVIL
Page 1 of 3   Rev. 9/2019

# AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER
(Request to Waive Filing Fees)

IN THE _Circuit_ COURT OF _JEFFERSON_ COUNTY, ALABAMA
(Circuit or District)   (Name of County)

STYLE OF CASE: _Sylvester Hatcher_ v. _Dollar General_
(Plaintiff(s))   (Defendant(s))

☑ I, because of financial hardship, am unable to pay the fees and costs in this case. I request that payment of these fees and costs be waived initially and taxed as costs at the conclusion of the case.

## AFFIDAVIT

1. **IDENTIFICATION**

   Full Name _Sylvester Hatcher_   Date of Birth _12-27-1954_
   Spouse's Full Name (if married) _Valerie Lee Hatcher_
   Complete Home Address _3437 Jefferson Ave SW, B'Ham, Ala 35221_

   Total Number of People I am Supporting Financially in Household Including Myself _2_
   Telephone Number (Cell) _(205) 276-1439_ (Home) _____ (Other) _(205) 563-4356_
   State & Last 4 Digits of Driver License's Number _____  Last 4 Digits of Social Security Number _____
   Employer's Name & Address _Not Working_   Employer's Telephone Number _Not Working_

2. **ASSISTANCE BENEFITS**

   Some of the residents in my household or I receive benefits from any of the following sources (check those which apply)
   ☐ Temporary Assistance for Needy Families (TANF)   ☐ Food Stamps   ☐ Medicaid
   ☑ Social Security Income (SSI)   ☐ Disability   ☐ Other: _____
   The monthly value of these benefits combined is $ _2,168_

3. **INCOME/EXPENSE STATEMENT**

   Monthly Gross Income:
   My monthly gross income is                                                                 $ _568.00_
   My spouse's monthly gross income (unless a marital offense) is                             $ _1,600_
   My other monthly earnings (commissions, bonuses, interest income, etc.) are                $ _None_
   The combined monthly income received by other members of my household is                   $ _None_
   Monthly Unemployment / Worker's Compensation, Social Security, Retirements, etc.           $ _NA_
   Child Support Payment(s)/Alimony Received                                                  $ _NA_
   Other Monthly Income (be specific): _____                                                $ _NA_
   3a. TOTAL MONTHLY GROSS INCOME                                                             $ _NA_

   The Monthly Expenses I pay are:

   Rent/Mortgage                                          $ _539.00_
   Total Utilities: Gas, Electricity, Water, etc.         $ _110_ _379.00_
   Food                                                   $ _200.00_
   Clothing                                               $ _300.00_
   Health Care/Medical Insurance                          $ _1,200_
   Car Payment(s)/Transportation Expenses                 $ _0_
   Loan Payment(s)                                        $ _659.00_
   Credit Card Payment(s) _____                         $ _50.00_
   Educational/Employment Expenses                        $ _____
   Cell Phone Expenses                                    $ _____
   Other Expenses (be specific): _Car repairs_
   _Gas_                                                  $ _270.00_

   3b. Subtotal                                           $ _0_
   3c. Child Support Payment(s)/Alimony (Subtotal)        $ _____
   3d. Exceptional Expenses (Subtotal)                    $ _520.00_
   3e. TOTAL MONTHLY EXPENSES (Add totals from 3b., 3c., & 3d. monthly only)   $ _3,707_
   Total Monthly Gross Income (3a.) Minus Total Monthly Expenses (3e.)         $ _2,168_

| State of Alabama<br>Unified Judicial System<br><br>Form C-10-CIVIL<br>Page 2 of 3  Rev. 9/2019 | **AFFIDAVIT OF SUBSTANTIAL HARDSHIP AND ORDER**<br>(Request to Waive Filing Fees) | Court Case Number |
|---|---|---|

4. **Assets**
   My assets are as follows:
   Cash on Hand/Bank (or otherwise available such as stocks, bonds, certificates of deposit)    $ 0

   Equity in Real Estate (value of property less what you owe)    $ 0

   Equity in Personal Property, etc. (such as the value of motor vehicles, stereo, TV, electronics, furnishing, jewelry, tools, guns, less what you owe)    $ 100.00

   Other (be specific): _____    $ _____

   Do you own anything else of value? ☐ Yes ☒ No
   (land, house, boat, TV, stereo, jewelry)
   If so, describe: _House - Paid For_    $ _____

   **Total Assets**    $ 100.00

5. **Affidavit/Request**

   I swear or affirm that the answers are true and reflect my current financial status. I understand that a false statement or answer to any question in the affidavit may subject me to the penalties of perjury. I authorize the court or its authorized representative to obtain records of information pertaining to my financial status from any source in order to verify information provided by me. I further understand and acknowledge that, if the court appoints an attorney to represent me, the court may require me to pay all or part of the fees and expenses of my court-appointed counsel, in addition to all or part of the costs associated with this case.

   Sworn to and subscribed before me this

   _15th_ day of _September, 2022_

   _J. Y. Child_ (Judge/Clerk/Notary)
   MY COMMISSION EXPIRES APRIL 24, 2023

   _Sylueta Hatcher_ (Affiant's Signature)

   _SYLVESTER HATCHER_ (Print or Type Name)

| State of Alabama<br>Unified Judicial System<br>Form C-10-CIVIL<br>Page 3 of 3  Rev. 9/2019 | **ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP**<br>(Request to Waive Filing Fees) | Court Case Number |
|---|---|---|

IN THE _____ COURT OF _____, ALABAMA
      (Circuit or District)                       (Name of County or Municipality)

_____ v. _____

The Court has considered the Affiant's testimony, his or her poverty level as measured by the United States poverty guidelines and the potential for substantial hardship that payment by the Affiant would cause. IT IS, THEREFORE, ORDERED AND ADJUDGED BY THE COURT AS FOLLOWS:

☐ **The request is DENIED.**
    ☐ The Court finds that the Affiant is **NOT INDIGENT** and the Affiant's income is not within the United States poverty guidelines or the Affiant has the resources to pay for the requested items without substantial hardship: _____.

    ☐ The case or situation is not one for which the request is applicable. _____
    ☐ Other (please specify): _____.

☐ **The Affiant is INDIGENT.** Therefore, the prepayment of filing fees and costs is hereby waived, and these fees and costs shall be taxed at the conclusion of the case.

☐ Other (please specify): _____.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of expenses, fees, and costs.

Done this _____
       (Date)

(Signature of _____, Judge)
           (Printed Name)

Sylvester Hatcher - Plaintiff
3437 Jefferson Ave S.W
Birmingham, Ala 35221
PH-(205)-276-1439

Defendant -
100 mission ridge
Goodlettsville Tenn. 37072
1-615-855-4000

DOCUMENT 2
ELECTRONICALLY FILED
9/15/2022 10:37 AM
01-CV-2022-902766.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
SEP 15 2022
JACQUELINE ANDERSON SMITH
CLERK

In The Circuit Court of Jefferson County
Birmingham Division

In the month of March 2022 Store manager kept my charge cashier Forgot to give my charge Before he close Register, waited on manager about 10 or 15 min. to open cashier Draw But She Didn't, me ord Her got into a Verbal Fight about 10 min. I left and call corperate But no response Few weeks later Fired Terry Kelton For no Reason at all, he is co-plaintiff in this case, The Defendant calls us Both With, Emotional Stress, Public embarrassment insighting a Fight, keeping my charge and Wrongful Termanation to Terry Kelton, So we Both is asking this Honorable court For a monetary award of 1 million Dollars For all The Pain and Suffering This manager cause us, manager name is Latasha Walker we are asking For our Day in court For Justice.

Sign Sylvester Hatcher
co-Sign Terry Kelton
Date 9-3-2022

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

# SEP 15 2022

JACQUELINE ANDERSON SMITH
CLERK

| State of Alabama Unified Judicial System<br><br>Form ARCiv-93  Rev.9/18 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br><br>Date of Filing:  Month / Day / Year   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF **JEFFERSON**, ALABANA
(Name of County)

**Sylvester Hatcher** v. **Dollar General**
Plaintiff                                                    Defendant

First Plaintiff:  ☐ Business  ☒ Individual  ☐ Government  ☐ Other
First Defendant: ☒ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☒ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Services

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ LORP - Petition for Order of Limited Relief
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):  F ☒ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER: _____
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☒ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☒ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** _____

Date: 8-11-2022

Signature of Attorney/Party filing this form: *Sylvester Hatcher*

**MEDIATION REQUESTED:** ☒ YES ☐ NO ☐ UNDECIDED

Election to Proceed under the Alabama Rules for Expedited Civil Actions: ☐ Yes ☐ No

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | FILED IN OFFICE<br>CIRCUIT CIVIL DIVISION<br>SEP 15 2022<br>JACQUELINE ANDERSON SMITH<br>**SUMMONS**<br>**-CIVIL-** | **Court Case Number** |
|---|---|---|

IN THE <u>Circuit</u> COURT OF <u>Jefferson</u> COUNTY, ALABAMA
(Circuit, District, or Juvenile)   (Name of County)

<u>Sylvester Hatcher</u>   v.   <u>Dollar General</u>
<u>3437 Jefferson Ave S.W.</u>      <u>100 Mission Ridge E, Goodlette, Tenn</u>
[Name(s) of Plaintiff(s)]         [Name(s) of Defendant(s)]
                                  <u>Goodlettsville</u>

NOTICE TO: <u>Dollar General 100 Mission Ridge E, Tenn 37072</u>
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), <u>Sylvester Hatcher</u>, WHOSE
[Name(s) of Attorney(s)]
ADDRESS(ES) IS/ARE: <u>3437 Jefferson Ave S.W. B'ham, ALA 35221</u>
<u>(205)-276-1439  OR (205)-563-4356</u>
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN <u>30</u> DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
[Name(s)]
pursuant to the Alabama Rules of Civil Procedure.

SEP 15 2022                         _Jacqueline Anderson Smith_        By: _____
(Date)                              (Signature of Clerk)                    (Name)

☐ Certified Mail is hereby requested.   _____
                                        (Plaintiff's/Attorney's Signature)

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
                                                              (Date)
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
(Name of Person Served)      (Name of County)
Alabama on _____.
           (Date)

_____   _____   _____
(Type of Process Server)  (Server's Signature)     (Address of Server)

                         _____   _____
                         (Server's Printed Name)   (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br>Form C-34    Rev. 4/2017 | FILED IN OFFICE<br>CIRCUIT CIVIL DIVISION<br>SEP 15 2022<br>JACQUELINE ANDERSON SMITH<br>**SUMMONS**<br>**-CIVIL-** | Court Case Number |
|---|---|---|

IN THE **Circuit** COURT OF **Jefferson** COUNTY, ALABAMA
(Circuit, District, or Juvenile)                     (Name of County)

**Sylvester Hatcher**                              v.    **Dollar General**
**3437 Jefferson Ave S.W.**
[Name(s) of Plaintiff(s)]                                [Name(s) of Defendant(s)]
                                                         **Goodlettsville**
NOTICE TO: **Dollar General - 100 Mission Ridge - Tenn, 37072**
(Name and Address of Defendant)

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), **Sylvester Hatcher**, WHOSE
[Name(s) of Attorney(s)]
ADDRESS(ES) IS/ARE: **3437 Jefferson Ave S.W. B'Ham, ALA 35221**
**(205)-563-4356 or (205)-276-1439**
[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN **30** DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☐ Service by certified mail of this Summons is initiated upon the written request of _____
                                                                                        [Name(s)]
*Jacqueline Anderson Smith*
pursuant to the Alabama Rules of Civil Procedure.
**SEP 15 2022**                                                       By: _____
(Date)                                   (Signature of Clerk)                  (Name)

☐ Certified Mail is hereby requested.   _____
                                        (Plaintiff's Attorney's Signature)

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____.
                                                                (Date)
☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
_____ in _____ County,
        (Name of Person Served)                    (Name of County)
Alabama on _____.
                        (Date)

_____  _____  _____
(Type of Process Server)    (Server's Signature)       (Address of Server)

_____                            _____
(Server's Printed Name)                            (Phone Number of Server)

DOCUMENT 3

ELECTRONICALLY FILED
9/16/2022 9:53 AM
01-CV-2022-902766.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON SMITH, CLERK

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION

| | | |
|---|---|---|
| HATCHER SYLVESTER | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.:  CV-2022-902766.00 |
| | ) | |
| DOLLAR GENERAL | ) | |
| Defendant. | ) | |

ORDER ON AFFIDAVIT OF SUBSTANTIAL HARDSHIP

Affiant is indigent and request is GRANTED. The prepayment of docket fees is waived.

IT IS FURTHER ORDERED AND ADJUDGED that the court reserves the right and may order reimbursement of attorney's fees and expenses, approved by the court and paid to the appointed counsel, and costs of court.

DONE this 16th day of September, 2022

/s/ DONALD E. BLANKENSHIP

CIRCUIT JUDGE



**AlaFile E-Notice**

01-CV-2022-902766.00
Judge: DONALD E. BLANKENSHIP

To: HATCHER SYLVESTER (PRO SE)
3437 JEFFERSON AVE SW
BIRMINGHAM, AL, 35221-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYLVESTER HATCHER V. DOLLAR GENERAL
01-CV-2022-902766.00

The following matter was FILED on 9/16/2022 9:53:16 AM

Notice Date:   9/16/2022 9:53:16 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



**AlaFile E-Notice**

01-CV-2022-902766.00

To: DOLLAR GENERAL
100 MISSION RIDGE
GOODLETTSVILLE, TN, 37072

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYLVESTER HATCHER V. DOLLAR GENERAL
01-CV-2022-902766.00

The following complaint was FILED on 9/15/2022 10:50:29 AM

Notice Date:    9/15/2022 10:50:29 AM

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2022-902766.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**SYLVESTER HATCHER V. DOLLAR GENERAL**

**NOTICE TO:** DOLLAR GENERAL, 100 MISSION RIDGE, GOODLETTSVILLE, TN 37072

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), SYLVESTER HATCHER

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 3437 JEFFERSON AVE SW, BIRMINGHAM, AL 35221

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of SYLVESTER HATCHER pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 09/16/2022 | /s/ JACQUELINE ANDERSON SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ SYLVESTER HATCHER
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)* *(Name of County)*

Alabama on _____.
*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
|  | *(Server's Printed Name)* | *(Phone Number of Server)* |



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
SYLVESTER HATCHER V. DOLLAR GENERAL

01-CV-2022-902766.00

To: CLERK BIRMINGHAM
clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $8.06

Parties to be served by Certified Mail - Return Receipt Requested

DOLLAR GENERAL                                              Postage: $8.06
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   DOLLAR GENERAL
   100 MISSION RIDGE
   GOODLETTSVILLE, TN 37072

   9590 9402 6310 0274 7137 47

   7022 0410 0002 8552 8620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

   CV-22-902766
   SIC

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☒ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)  $
☐ Return Receipt (electronic)  $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required  $
☐ Adult Signature Restricted Delivery  $
Postage  $
Total Postage and Fees  $

Sent To _____
Street and Apt. No., or PO Box No. _____
City, State, ZIP+4 _____

7022 0410 0002 8552 8620

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

DOCUMENT 7

DOCUMENT 8

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DOLLAR GENERAL
100 MISSION RIDGE
GOODLETTSVILLE, TN 37072



9590 9402 6310 0274 7137 47

2. Article Number (Transfer from service label)

7022 0410 0002 8552 8620

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  Mary Davis
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
SEP 19 2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

S/C

CV-22-902766

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**USPS TRACKING #**



9590 9402 6310 0274 7137 47

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box*

JACQUELINE ANDERSON SMITH, CLERK
ROOM 400 JEFF CO COURTHOUSE
716 RICHARD ARRINGTON JR BLVD., NO.
BIRMINGHAM, ALABAMA 35203

FILED IN OFFICE
CIRCUIT CIVIL DIVISION
SEP 21 2022
JACQUELINE ANDERSON
CLERK



# AlaFile E-Notice

01-CV-2022-902766.00
Judge: DONALD E. BLANKENSHIP

To: HATCHER SYLVESTER (PRO SE)
3437 JEFFERSON AVE SW
BIRMINGHAM, AL, 35221-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

SYLVESTER HATCHER V. DOLLAR GENERAL
01-CV-2022-902766.00

The following matter was served on 9/19/2022

D001 DOLLAR GENERAL
Corresponding To
CERTIFIED MAIL

JACQUELINE ANDERSON SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov